584 A.2d 210

THEODORE RUDBART, ET AL., v. NORTH JERSEY DISTRICT WATER SUPPLY COMMISSION.

MADELINE OKIN, ETC. v. NORTH JERSEY DISTRICT WATER SUPPLY COMMISSION.

May 7, 1990.

Petition for certification granted. (See 238 *N.J.Super.* 41, 568 *A.*2d 1213.)

584 A.2d 211

STATE OF NEW JERSEY v. GENARO LAQUER.

May 7, 1990.

Petition for certification denied.

584 A.2d 211

STATE OF NEW JERSEY v. CEDRIC MCRAE.

May 7, 1990.

Petition for certification denied.

584 A.2d 211

STATE OF NEW JERSEY v. FRANK BURGOS.

May 7, 1990.

Petition for certification denied.